IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-06-00292-CR

 

Donald Davison,

                                                                                    Appellant

 v.

 

The State of Texas,

                                                                                    Appellee

 

 



From the 278th District Court

Walker County, Texas

Trial Court No. 23113

 



      ABATEMENT ORDER










 

            The record in this appeal, both the
reporter’s record and the clerk’s record, is incomplete because it is missing
copies of State’s exhibits 1-5.  These exhibits included appellant’s written
stipulations which would contain his confession of guilt to the elements of the
offense.  Without the stipulations, it would appear that there is no evidence
in the record to support his conviction; and the plea of guilty, alone, would
be inadequate.  

            Accordingly, we abate the appeal to
the trial court to make a determination, after notice and hearing, of whether
the exhibits have been lost, and if lost whether they can be replaced with
accurate duplicates.  Tex. R. App. P.
34.5(a)(2), (d), (e) and 34.6(e), (f). 

            If the exhibits cannot be found or
replaced, new appellate counsel must be appointed to brief the arguable issue
of the effect on the appeal of the lost exhibits.  If new appellate counsel is
appointed, the trial court must inform counsel that appellant’s brief is due to
be filed with this Court within 30 days from the date of the appointment.

            A hearing must be held and an order
rendered within 30 days from the date of this Order.  Supplemental clerk’s and
reporter’s records are due within 45 days from the date of this order.

 

                                                                        PER
CURIAM

 

Before
Chief Justice Gray,

            Justice
Vance, and

            Justice
Reyna

Order
issued and filed August 1, 2007

Do
not publish